ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

OCT 04 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

DWIGHT FISHER

Criminal Indictment

No.  **1:22-CR-367**

THE GRAND JURY CHARGES THAT:

**Count One**

On or about July 8, 2022, in the Northern District of Georgia, the defendant, DWIGHT FISHER, along with J.D., did knowingly and willfully conspire, agree, and have a tacit understanding with one another to commit the following offense against the United States; that is, to cause a false statement and representation to be made with respect to information required under Chapter 44, Title 18, United States Code, to be kept in the records of a licensed federal firearms dealer within the meaning of Chapter 44, Title 18, United States Code, the statement of which was intended and likely to deceive the licensed firearms dealer as to a fact material to the lawfulness of the acquisition of a firearm, all in violation of Title 18, United States Code, Section 922(a)(6).

*Manner and Means*

At all times relevant to this Indictment, the defendant, DWIGHT FISHER, accomplished the conspiracy through, but not limited to, the following manner and means:

1. Moss Pawn, located on Old Dixie Road in Jonesboro, Georgia, is a licensed federal firearms dealer (FFL) authorized to sell firearms.

2. Arrowhead Pawn, located on Tara Boulevard in Jonesboro, Georgia, is an FFL authorized to sell firearms.

3. As FFLs, Moss Pawn and Arrowhead Pawn require a purchaser of a firearm to complete a Firearms Transaction Record, ATF Form 4473, prior to the sale. One of the questions on ATF Form 4473 asks if the person completing the form is the "actual transferee/buyer of the firearm(s)" and includes a warning that the person was "not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you."

4. Defendant DWIGHT FISHER solicited J.D. to unlawfully purchase multiple firearms for Defendant FISHER and provided the money to purchase the firearms on his behalf.

6. At the time J.D. purchased the firearms for Defendant DWIGHT FISHER, J.D. completed an ATF Form 4473 for each firearms purchase, and he answered that he was the "actual transferee/buyer" when, in fact, Defendant FISHER was the actual transferee/buyer.

*Overt Acts*

In furtherance of the conspiracy and to accomplish its objects, the defendant, DWIGHT FISHER, along with J.D., committed at least one of the following overt acts:

1. On or about July 8, 2022, J.D. purchased two firearms, that is a Jimenez Arms, model JA 9, 9mm pistol, and a SCCY, model CPX-1, 9mm pistol, from Moss Pawn and completed an ATF Form 4473 purporting to be the actual transferee/buyer of the firearms when, in fact, he later transferred the firearms to the defendant, DWIGHT FISHER.

2. On or about July 8, 2022, J.D. purchased four firearms, that is a SCCY, model CPX-1, 9mm pistol, and three SCCY, model CPX-2, 9mm pistols from Arrowhead Pawn and completed an ATF Form 4473 purporting to be the actual transferee/buyer of the firearms when, in fact, he later transferred the firearms to the defendant, DWIGHT FISHER.

All in violation of Title 18, United States Code, Section 371.

**Count Two**

On or about July 8, 2022, in the Northern District of Georgia, the defendant, DWIGHT FISHER, aided and abetted by J.D., in connection with the purchase of at least one of the following firearms:

- one (1) Jimenez Arms, model JA 9, 9mm pistol; and
- one (1) SCCY, model CPX-1, 9mm pistol,

did knowingly cause a false statement to be made to Moss Pawn, a licensed federal firearms dealer under Chapter 44 of Title 18, United States Code, which statement was intended and likely to deceive the licensed federal firearms dealer as to a fact material to the lawfulness of the acquisition of said firearms, in that J.D. falsely represented on a Firearms Transaction Record, ATF Form 4473, that he was the transferee and buyer of at least one of the firearms listed above when, as J.D. and Defendant DWIGHT FISHER then well knew, Defendant DWIGHT FISHER was the true transferee and buyer of the firearm(s), in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2), and Section 2.

## Count Three

On or about July 8, 2022, in the Northern District of Georgia, the defendant, DWIGHT FISHER, aided and abetted by J.D., in connection with the purchase of at least one of the following firearms:

- one (1) SCCY, model CPX-1, 9mm pistol; and
- three (3) SCCY, model CPX-2, 9mm pistols,

did knowingly cause a false statement to be made to Arrowhead Pawn, a licensed federal firearms dealer under Chapter 44 of Title 18, United States Code, which statement was intended and likely to deceive the licensed federal firearms dealer as to a fact material to the lawfulness of the acquisition of said firearms, in that J.D. falsely represented on a Firearms Transaction Record, ATF Form 4473, that he was the transferee and buyer of at least one of the firearms listed above when, as J.D. and Defendant DWIGHT FISHER then well knew, Defendant

DWIGHT FISHER was the true transferee and buyer of the firearm(s), in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2), and Section 2.

### Count Four

On or about July 8, 2022, in the Northern District of Georgia, the defendant, DWIGHT FISHER, knowing that he had been previously convicted of the following offense punishable by imprisonment for a term exceeding one year, that is, Firearm Regulations in the Superior Court of Essex County, New Jersey, on or about June 29, 2012, did knowingly possess at least one of the following firearms:

- one (1) Jimenez Arms, model JA 9, 9mm pistol;
- two (2) SCCY, model CPX-1, 9mm pistols;
- three (3) SCCY, model CPX-2, 9mm pistols;
- one (1) Hi-Point, model CF380, .380acp pistol; and
- one (1) Taurus, model 856UL, .38 spl revolver,

said possession being in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Forfeiture

Upon conviction of one or more of the offenses alleged in this Indictment, Defendant DWIGHT FISHER shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United

States Code, Section 2461(c), all firearms and ammunition involved in or used in the commission of the offense(s), including but not limited to the following:

- one (1) Jimenez Arms, model JA 9, 9mm pistol, bearing serial number 320494;
- one (1) SCCY, model CPX-1, 9mm pistol, bearing serial number 817383;
- one (1) SCCY, model CPX-1, 9mm pistol, bearing serial number 850560;
- one (1) SCCY, model CPX-2, 9mm pistol, bearing serial number C173804;
- one (1) SCCY, model CPX-2, 9mm pistol, bearing serial number C182313;
- one (1) SCCY, model CPX-2, 9mm pistol, bearing serial number C019802;
- one (1) Hi-Point, model CF380, .380acp pistol, bearing serial number P8136345; and
- one (1) Taurus, model 856UL, .38 spl revolver, bearing serial number ABL107395,

all seized on or about July 8, 2022.

If, as a result of any act or omission of the defendants, any property subject to forfeiture:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third person;
c. has been placed beyond the jurisdiction of the Court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be subdivided without undue complexity or difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p); and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of any defendant up to the value of the above forfeitable property.

A __True__ BILL

__/s/ Foreperson__
FOREPERSON

RYAN K. BUCHANAN
*United States Attorney*

*/s/ Erin E. Sanders*

ERIN E. SANDERS
*Assistant United States Attorney*
Georgia Bar No. 552091

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

7